## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| VERONICA PENA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No.  1:18-cv-00916 |
| | § | |
| LIFE TIME FITNESS, INC., LTF | § | |
| CLUB OPERATIONS COMPANY, | § | |
| INC., LTF CLUB MANAGEMENT | § | |
| COMPANY, LLC, AND LTF | § | |
| OPERATIONS HOLDINGS, INC., | § | |
| | § | |
| Defendants | § | JURY REQUESTED |

### NOTICE OF REMOVAL

Defendants, **Lifetime, Inc. (F/K/A Life Time Fitness, Inc.), LTF Club Operations Company, Inc., LTF Club Management Company, LLC, LTF Operations Holdings, Inc.)**, through undersigned counsel, petition this court pursuant to 28 U.S.C. §1441 and 1446, for removal of this action currently filed in the 425TH Judicial District Court of Williamson County, Texas.  In support of this Petition, Defendants state as follows:

### Background

1.       On August 31, 2018, Plaintiff, **VERONICA PENA,** filed an Original Petition against **LIFE TIME, INC.** alleging personal injury damages as a result of a slip and fall incident.  This Petition is styled, *Veronica Pena vs. Life Time Fitness, Inc., et al*; Cause No. 18-1088-C425; and was filed in the 425th Judicial District Court of Williamson County, Texas.

2.       Defendants were served with the Original Petition on September 28, 2018.  This Notice of Removal is filed with this Court within thirty (30) days of service of the initial pleading upon the removing Defendant, as required by 28 U.S.C. § 1446(b). Defendants filed

their answer on October 23, 2018 in the 425th Judicial District Court of Williamson County, Texas. No motions are pending in the 425th Judicial District Court of Williamson County, Texas.

3.    Because the state court action was on file in Williamson County, Defendants are entitled to remove this action to the United States District Court for the Western District of Texas, Austin Division.

4.    Each Defendant who has made an appearance herein has consented to the removal of the action to federal court.

### Diversity of Citizenship

5.    Plaintiff, **VERONICA PENA** is a resident of the state of Texas.

6.    Defendant, **LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.)** is a corporation organized under the laws of the State of Minnesota with its principle place of business in Minnesota.  It was served with process on September 28, 2018 and filed its Answer in the 425TH Judicial District Court of Williamson County, Texas on October 23, 2018.  **LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.)** consents to removal.

7.    Defendant, **LTF Club Operations Company, Inc.** is a corporation organized under the laws of the State of Minnesota with its principle place of business in Minnesota.  It was served with process on September 27, 2018 and filed its Answer in the 425TH Judicial District Court of Williamson County, Texas on October 23, 2018. **LTF Club Operations Company, Inc.** consents to removal.

8.    Defendant, **LTF Club Management Company, LLC,** is a corporation organized under the laws of the State of Delaware with its principle place of business in Delaware.  It was served with process on September 27, 2018 and filed its Answer in the 425TH Judicial District Court of Williamson County, Texas on October 23, 2018.  **Club Management Company, LLC**

consents to removal.

9.      Defendant, **LTF Operations Holdings, Inc.** is a corporation organized under the laws of the State of Minnesota with its principle place of business in Minnesota.  It was served with process on September 28, 2018 and filed its Answer in the 425TH Judicial District Court of Williamson County, Texas on October 23, 2018. **LTF Operations Holdings, Inc.** consents to removal.

10.     As shown, there is complete diversity of citizenship.

### Basis for Removal Based on Diversity Jurisdiction

11.     This cause may be removed pursuant to 28 U.S.C. Section 1441(a).  "Any civil action brought in state court of which the District Courts of the United States have original jurisdiction, may be removed by the Defendant… to the District Court of the United States for the district and division embracing the place where such action is pending."  This court has jurisdiction over this matter under 28 U.S.C. Section 1332 because there is complete diversity between the parties and the amount in controversy is greater than $75,000.00.  Plaintiff has specifically pled damages in excess of $100,000.00. Therefore, jurisdiction in this court is proper.

### Timely Filed

12.     Defendant, **LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.)** was served with process on September 28, 2018 and answered on October 23, 2018. **LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.)** consents to removal.

13.     Defendant, **LTF Club Operations Company, Inc.** was served with process on September 27, 2018 and answered on October 23, 2018. **LTF Club Operations Company, Inc.** consents to removal.

14.     Defendant, **LTF Club Management Company, LLC,** was served with process on September 27, 2018 and answered on October 23, 2018.   **LTF Club Management Company, LLC** consents to removal.

15.     Defendant, **LTF Operations Holdings, Inc.** was served with process on September 28, 2018 and answered on October 23, 2018.   **LTF Operations Holdings, Inc.** consents to removal.

16.     In accordance with §1446(b)(2)(B) each Defendant, Defendants have 30 days after receipt by or service on them of the Plaintiffs initial pleading to file his notice of removal. This Notice of Removal is filed with this Court within thirty (30) days of service of the initial pleading on each Defendant, as required by 28 U.S.C. § 1446(b). It is therefore timely.

17.     Because there is complete diversity, a sufficient amount in controversy plead by Plaintiff, and all Defendants consent to removal to this Court, Defendants are entitled to remove this action to the United States District Court for the Western District of Texas, Austin Division, where the state court action is currently on file.

### Compliance with Notice Requirements

19.     Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument has been contemporaneously given to the Plaintiff.

20.     A true and correct copy of this Notice of Removal has been contemporaneously attached as an exhibit with a written Notice of Removal filed with the District Clerk for Williamson County, Texas.

21.     Filed contemporaneously with this Notice of Removal are certified copies of documents from state court as reflected in the Index of Matters Being Filed, which is attached hereto.

22.     Defendants, therefore, respectfully requests the removal of this action from the 425TH Judicial District Court of Williamson County, Texas.

Respectfully submitted,

**LORANCE THOMPSON,**
**A PROFESSIONAL CORPORATION**

Melanie R. Cheairs
FBN: 3434
SBN: 17763900
Scott B. Novak
FBN: 777383
SBN:  24051124
2900 North Loop West, Ste. 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
mrc@lorancethompson.com
sbn@lorancethompson.com
**ATTORNEYS FOR DEFENDANTS,**
**LIFE TIME, INC., LTF CLUB OPERATIONS**
**COMPANY, INC., LTF CLUB MANAGEMENT**
**COMPANY, LLC, AND LTF OPERATIONS**
**HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2018 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Daniel B Ross
Megan Evans
ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
dan@rosslawgroup.com
mevans@rosslawgroup.com

Melanie R. Cheairs

610271.1 PLD 0018100 20470 MRC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **VERONICA PENA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:18-cv-00916** |
| | § | |
| **LIFE TIME FITNESS, INC., LTF** | § | |
| **CLUB OPERATIONS COMPANY,** | § | |
| **INC., LTF CLUB MANAGEMENT** | § | |
| **COMPANY, LLC, AND LTF** | § | |
| **OPERATIONS HOLDINGS, INC.,** | § | |
| | § | |
| **Defendants** | § | **JURY REQUESTED** |

## INDEX OF MATTERS BEING FILED

Defendant, **LIFE TIME, INC.**, in connection with the removal of this case to the United States District Court for the Western District of Texas, Austin Division, files its index of matters, as follows:

A.    Case Summary

B.    Plaintiff's Original Petition, Request for Disclosure, Requests for Production and Interrogatories with Case Information Sheet.

C.    Citations for LTF Club Operations Company, Inc.; LTF Club Management Company, LLC; LTF Operations Holdings, Inc.; and Life Time Fitness, Inc. with cover letter

D.    Return of Service for LTF Club Operations Company, Inc.

E.    Return of Service LTF Club Management Company, LLC

F.    Return of Service for LTF Operations Holdings, Inc.

G.    Return of Service for Life Time Fitness, Inc.

H.    Defendants' Original Answer

610271.1 PLD 0018100 20470 MRC

Respectfully submitted,

**LORANCE THOMPSON,**
**A PROFESSIONAL CORPORATION**

Melanie R. Cheairs
FBN:  3434
SBN: 17763900
Scott B. Novak
FBN: 777383
SBN:  24051124
2900 North Loop West, Ste. 500
Houston, Texas 770927
713/868-5560
713/864-4671 (fax)
 mrc@lorancethompson.com
sbn@lorancethompson.com
**ATTORNEYS FOR DEFENDANTS,**
**LIFE TIME, INC., LTF CLUB OPERATIONS**
**COMPANY, INC., LTF CLUB MANAGEMENT**
**COMPANY, LLC, AND LTF OPERATIONS**
**HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2018 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Daniel B Ross
Megan Evans
ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
dan@rosslawgroup.com
mevans@rosslawgroup.com

Melanie R. Cheairs

610271.1 PLD 0018100 20470 MRC

425TH JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 18-1088-C425

| | | | |
|---|---|---|---|
| Veronica Pena vs. Life Time Fitness, Inc,LTF Club Operations Company Inc,LTF Club Management Company LLC,LTF Operations Holdings, Inc | § § § § | Location: Judicial Officer: Filed on: | 425th Judicial District Court Lambeth, Betsy F. 08/31/2018 |

---

### CASE INFORMATION

Case Type: **Other Injury or Damage**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

Case Number      18-1088-C425
Court      425th Judicial District Court
Date Assigned      08/31/2018
Judicial Officer      Lambeth, Betsy F.

---

### PARTY INFORMATION

*Lead Attorneys*

| Plaintiff | **Pena, Veronica** | **Evans, Megan** |
|---|---|---|
| | | *Retained* |
| | | 512-474-7677(W) |

| Defendant | **Life Time Fitness, Inc** |
|---|---|
| | **LIFE TIME FITNESS, INC.** |
| | **LIFE TIME FITNESS, INC.** |
| | **LTF Operations Holdings, Inc** |
| | **LTF Club Management Company LLC** |
| | **LTF CLUB MANAGEMENT COMPANY, LLC** |
| | **LTF CLUB MANAGEMENT COMPANY, LLC** |
| | **LTF Club Operations Company Inc** |
| | **LTF CLUB OPERATIONS COMPANY, INC.** |
| | **LTF CLUB OPERATIONS COMPANY, INC.** |
| | **LTF OPERATIONS HOLDINGS, INC.** |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/31/2018 | Original Petition (OCA) *Plaintiffs Original Petition, Request for Disclosure, Requests for Production, and Interrogatories. Filed by Megan Evans atty for Plaintiff.* | |
| 08/31/2018 | Case Information Sheet | |
| 09/04/2018 | Jury Demand *Jury Requested* | |
| 09/04/2018 | Request for Issuance ***Sent to Civil Issuance Que**** | |



425TH JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 18-1088-C425

| | |
|---|---|
| 09/05/2018 | **Citation** |
| | Life Time Fitness, Inc<br>Served: 09/28/2018 |
| | LTF Club Operations Company Inc<br>Served: 09/27/2018 |
| | LTF Club Management Company LLC<br>Served: 09/27/2018 |
| | LTF Operations Holdings, Inc<br>Served: 09/28/2018<br>*In SASE Box //AC* |
| 09/27/2018 | Return of Service<br>*Citation for LTF Club Management Company* |
| 09/27/2018 | Return of Service<br>*Citation for LTF Club Operations* |
| 10/01/2018 | Return of Service<br>*Citation for LTF Operations Holdings, Inc* |
| 10/01/2018 | Return of Service<br>*Citation for Life Time Fitness, Inc* |
| 10/23/2018 | EF - Answer/Response/Contest<br>*Defendants, Lifetime, Inc. (F/K/A Life Time Fitness, Inc.), LTF Club Operations Company,*<br>*Inc., LFT Club Management Company, LLC, LTF Operations Holdings, Inc.'s Original*<br>*Answer Filed and Signed by Atty Melanie R. Cheairs Env#28456793* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Life Time Fitness, Inc | |
| | Total Charges | 50.25 |
| | Total Payments and Credits | 50.25 |
| | **Balance Due as of 10/23/2018** | **0.00** |
| | **Plaintiff** Pena, Veronica | |
| | Total Charges | 377.75 |
| | Total Payments and Credits | 377.75 |
| | **Balance Due as of 10/23/2018** | **0.00** |

*Printed on 10/23/2018 at 1:42 PM*

**CIVIL CASE INFORMATION SHEET**

18-1088-C425

Filed: 8/31/2018 4:34 PM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____    COURT *(FOR CLERK USE ONLY)*: _____

STYLED Veronica Pena v. Life Time Fitness, Inc. LTF Club Operations Company, Inc., LTF Club Management Company, LLC and LTF Operation

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Megan Evans | Email:<br><br>megan@rosslawpc.com | Plaintiff(s)/Petitioner(s):<br><br>Veronica Pena | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br><br>1104 San Antonio St. | Telephone:<br><br>512-474-7677 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>Austin, Texas 78701 | Fax:<br><br>512-474-5306 | Defendant(s)/Respondent(s):<br><br>See Exhibit A attached hereto. | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature | State Bar No:<br><br>24090092 | <br>[Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| | | Civil | | | Family Law | |
|---|---|---|---|---|---|---|

| | | | | | | **Post-judgment Actions** |
| **Contract** | **Injury or Damage** | | **Real Property** | **Marriage Relationship** | | **(non-Title IV-D)** |
|---|---|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>  ☐ Accounting<br>  ☐ Legal<br>  ☐ Medical<br>  ☐ Other Professional<br>    Liability:<br>_____<br>☐ Motor Vehicle Accident<br>☒ Premises<br>*Product Liability*<br>  ☐ Asbestos/Silica<br>  ☐ Other Product Liability<br>    List Product:<br>_____<br>☐ Other Injury or Damage:<br>_____ | | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____<br><br>**Related to Criminal**<br>**Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>  ☐ With Children<br>  ☐ No Children<br><br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: | | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | | |

| **Tax** | *Probate & Mental Health* | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

DEFENDANT'S EXHIBIT
B
ALL-STATE LEGAL®

Rev 2/13

# Exhibit "A"

CAUSE NO. _____

| | | |
|---|---|---|
| VERONICA PENA,<br> *Plaintiff*, | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§<br>§ | JUDICAL DISTRICT |
| LIFE TIME FITNESS, INC., LTF<br>CLUB OPERATIONS COMPANY,<br>INC., LTF CLUB MANAGEMENT<br>COMPANY, LLC, AND LTF<br>OPERATIONS HOLDINGS, INC.,<br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | WILLIAMSON COUNTY, TEXAS |

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE October 23rd AD, 20 18

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY
BY Rebecca Edgar DEPUTY

1

Filed: 8/31/2018 4:34 PM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

18-1088-C425

**CAUSE NO.** _____

| | | |
|---|---|---|
| **VERONICA PENA,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **JUDICAL DISTRICT** |
| | § | |
| **LIFE TIME FITNESS, INC., LTF** | § | |
| **CLUB OPERATIONS COMPANY,** | § | Williamson County - 425th Judicial District Court |
| **INC., LTF CLUB MANAGEMENT** | § | |
| **COMPANY, LLC, AND LTF** | § | |
| **OPERATIONS HOLDINGS, INC.,** | § | |
| *Defendants.* | § | **WILLIAMSON COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES

COMES NOW, VERONICA PENA ("Plaintiff" or "Ms. Pena") and files this Original Petition and Request for Disclosure and complains of LIFE TIME FITNESS, INC. ("Life Time"), LTF CLUB OPERATIONS COMPANY, INC., ("LTF") LTF CLUB MANAGEMENT COMPANY, LLC ("LTF CLB MANAGEMENT"), AND LTF OPERATIONS HOLDINGS, INC. (collectively referred to as "Defendants") and for cause of action would respectfully show unto the Court as follows:

## I.
## DISCOVERY LEVEL

1.1    Pursuant to Texas Rule of Civil Procedure 190.1, Plaintiff intends to conduct discovery in this case under Level 3 as proscribed by Texas Rule of Civil Procedure 190.4.

## II.
## PARTIES & SERVICE OF CITATION

2.1    Plaintiff VERONICA PENA is an individual residing in Travis County, Texas at the time of the injury forming the basis of this claim.

2.2    Defendant LIFE TIME FITNESS, INC. is a for-profit corporation formed under the laws of the State of Minnesota, is registered with the Secretary of State, and has its corporate

1



Envelope# 27218248

headquarters at 2902 Corporate Place Chanhassen, MN 55317. Life Time was doing business in Williamson County, Texas at all times relevant to this lawsuit (i.e. its operation and/or ownership of the Life Time Fitness facility located at 13725 Ranch Road 620 Austin, Texas 78717). Life Time may be served with process through its registered agent National Registered Agents, Inc. at 1999 Bryan Street, Ste. 900 Dallas, Texas 75201.

2.3    Defendant LTF CLUB OPERATIONS COMPANY, INC. is a for-profit corporation formed under the laws of the State of Minnesota, is registered with the Secretary of State, and has its corporate headquarters at 2902 Corporate Place Chanhassen, MN 55317. LTF was doing business in Williamson County, Texas at all times relevant to this lawsuit (i.e. its operation and/or ownership of the Life Time Fitness facility located at 13725 Ranch Road 620 Austin, Texas 78717). LTF may be served with process through its registered agent Cogency Global Inc. at 1601 Elm Street, Ste. 4360 Dallas, Texas 75201.

2.4    Defendant LTF CLUB MANAGEMENT COMPANY, LLC is a for-profit corporation formed under the laws of the State of Minnesota, is registered with the Secretary of State, and has its corporate headquarters at 2902 Corporate Place Chanhassen, MN 55317. LTF Club was doing business in Williamson County, Texas at all times relevant to this lawsuit (i.e. its operation and/or ownership of the Life Time Fitness facility located at 13725 Ranch Road 620 Austin, Texas 78717). LTF CLUB may be served with process through its registered agent Cogency Global Inc. at 1601 Elm Street, Ste. 4360 Dallas, Texas 75201.

2.5    Defendant LTF OPERATIONS HOLDINGS, INC. is a for-profit corporation formed under the laws of the State of Minnesota, is registered with the Secretary of State, and has its corporate headquarters at 2902 Corporate Place Chanhassen, MN 55317. LTF Operations was doing business in Williamson County, Texas at all times relevant to this lawsuit (i.e. its operation

2



and/or ownership of the Life Time Fitness facility located at 13725 Ranch Road 620 Austin, Texas 78717). LTF may be served with process through its registered agent National Registered Agents, Inc. at 1999 Bryan Street, Ste. 900 Dallas, Texas 75201.

2.6     Plaintiff specifically invokes the right to institute this suit against Defendant LIFE TIME FITNESS, INC. in any other name which has been used to designate it, or which it has used, including, but not limited to, "LIFE TIME FITNESS, INC." Plaintiff expressly invokes her right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court. In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein. Therefore, in the event Defendant pleads allegations responsive thereto, Plaintiff alternatively urges that it appears that the correct name of the Defendant LIFE TIME FITNESS INC. is LIFE TIME FITNESS, INC. Plaintiff has sued the correct Defendant but may have misnamed it. Thus, to correct a misnomer, Plaintiff henceforth from the filing of this pleading, shall refer to Defendant as Defendant LIFE TIME FITNESS INC.

2.7     Plaintiff specifically invokes the right to institute this suit against Defendant LTF CLUB OPERATIONS COMPANY, INC. in any other name which has been used to designate it, or which it has used, including, but not limited to, "LTF CLUB OPERATIONS COMPANY, INC." Plaintiff expressly invokes her right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court. In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein. Therefore, in the event Defendant pleads allegations responsive thereto, Plaintiff alternatively urges that it appears that the correct name of the Defendant LTF CLUB OPERATIONS COMPANY, INC. is LTF



CLUB OPERATIONS COMPANY, INC. Plaintiff has sued the correct Defendant but may have misnamed it. Thus, to correct a misnomer, Plaintiff henceforth from the filing of this pleading, shall refer to Defendant as Defendant LTF CLUB OPERATIONS COMPANY, INC.

2.8     Plaintiff specifically invokes the right to institute this suit against Defendant LTF CLUB MANAGEMENT COMPANY, LLC in any other name which has been used to designate it, or which it has used, including, but not limited to, "LTF CLUB MANAGEMENT COMPANY, LLC" Plaintiff expressly invokes her right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court. In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein. Therefore, in the event Defendant pleads allegations responsive thereto, Plaintiff alternatively urges that it appears that the correct name of the Defendant LTF CLUB MANAGEMENT COMPANY, LLC is LTF CLUB MANAGEMENT COMPANY, LLC Plaintiff has sued the correct Defendant but may have misnamed it. Thus, to correct a misnomer, Plaintiff henceforth from the filing of this pleading, shall refer to Defendant as Defendant LTF CLUB MANAGEMENT COMPANY, LLC.

2.9     Plaintiff specifically invokes the right to institute this suit against Defendant LTF OPERATIONS HOLDINGS, INC. in any other name which has been used to designate it, or which it has used, including, but not limited to, "LTF OPERATIONS HOLDINGS, INC." Plaintiff expressly invokes her right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court. In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein. Therefore, in the event Defendant pleads allegations responsive thereto, Plaintiff alternatively urges that it appears that the correct name of



the Defendant LTF OPERATIONS HOLDINGS, INC. is LTF OPERATIONS HOLDINGS, INC. Plaintiff has sued the correct Defendant but may have misnamed it. Thus, to correct a misnomer, Plaintiff henceforth from the filing of this pleading, shall refer to Defendant as Defendant LTF OPERATIONS HOLDINGS, INC.

### III.
### JURISDICTION & VENUE

3.1     The Court has jurisdiction over the subject matter because the damages sought by Plaintiff are within the jurisdictional limits of the Court.

3.2     The Court has jurisdiction over the parties because all of the Defendants are either Texas citizens/residents, or they are non-residents who have purposefully availed themselves of the privileges and benefits of conducting business in Texas, and/or committed a tort, in whole or in part, which is the subject of this lawsuit.

3.3     Accordingly, this Court has jurisdiction over this matter and Williamson County is the proper venue as this cause of action, or a part thereof, occurred in Williamson County, Texas. TEX. CIV. PRAC. & REM. CODE § 15.002(a) (2); §15.005. All conditions precedent to Plaintiff's right to recover herein and to the Defendants' liability have been performed or have occurred.

### IV.
### FACTS

4.1     Pursuant to Section 10.001 of the TEX. CIV. PRAC. & REM. CODE, each allegation or other factual contention below has evidentiary support or is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

4.2     On or about January 8, 2017, Ms. Pena was at the Life Time fitness facility at 13725 Ranch Road 620 Austin, Texas 78717.  On said occasion, Ms. Pena paid a monthly fee to enter and use the premises in question at Defendants' invitation and for their mutual benefit.

5



4.3     On or about the morning of January 8, 2017, Ms. Pena was exiting the Life Time fitness facility located in North Austin walking to her car. As Ms. Pena stepped on the sidewalk, she suddenly and unexpectedly slipped and fell on ice that was on the sidewalk.

4.4     After the fall, it was discovered that the ice on the sidewalk had come from a nearby landscape sprinkler that has come on early in the morning and sprayed water onto the sidewalk and adjacent area. The temperatures the night before (and in the early morning of January 8, 2017) had been below freezing. As such, the over-sprayed water from the nearby sprinkler had frozen and caused an unreasonably dangerous condition on the sidewalk. This condition was unknown to Ms. Pena, and it was the cause of her fall and resulting injuries.

4.5     Defendants failed to place warning signs instructing Ms. Pena not to walk on that portion of the sidewalk, alerting Ms. Pena there was ice on the sidewalk, or warning Ms. Pena about any other dangers. Defendants also failed to make the sidewalk safe.

4.6     At all relevant times Defendants owned, operated, maintained, and/or managed the subject Life Time fitness facility at 13725 Ranch Road 620 Austin, Texas 78717 where the incident in question occurred.

4.7     As a result of the incident in question, Ms. Pena sustained serious and permanent personal injuries and damages for which she seeks recovery of from Defendants.

## V.
## NEGLIGENCE OF DEFENDANTS

5.1     Plaintiff repleads the foregoing factual allegations as if quoted verbatim and set forth here.

5.2     Whenever it is alleged in this Petition that any officer, employee, agent, supervisor or other person employed or contracted with Defendants committed or failed to commit any act, it is alleged that those acts were the acts of Defendants pursuant to the doctrines of *respondeat*

6



*superior*, agency, vicarious liability, ratification, waiver, estoppel, course and scope of employment, and vice-principal liability. In all circumstances, the acts or omissions complained of were committed or omitted in the course and scope of the actor's employment with Defendants.

5.3    At all relevant times Defendants owned, operated, maintained, and/or managed the subject Life Time fitness facility at 13725 Ranch Road 620 Austin, Texas 78717 where the incident in question occurred. Accordingly, Defendants had a duty to exercise that degree of care that would be used by an owner or occupier of ordinary prudence under the same or similar circumstances.

5.4    Ms. Pena was an "invitee" upon the premises. Ms. Pena entered Defendants' premises in response to the Defendants' invitation and for their mutual benefit. As an invitee, she is owed the highest duty of care, to be warned of or made safe from any conditions or activities on the property that posed an unreasonable danger to Ms. Pena that Defendants' either knew of, or through the exercise of reasonable diligence, should have known of.

5.5    Defendants (1) allowed their landscape sprinklers to overspray onto walkways used by tenants such as the subject stairway and adjacent area; and (2) operated their sprinkler system during periods of freezing temperatures, which caused the over-sprayed water on the subject stairway to freeze and create ice on the steps. Consequently, the frozen ice on the subject stairway was created by Defendants and it was a condition that posed an unreasonable risk of harm to Plaintiff.

5.6    Ms. Pena was not aware of this unreasonable risk of harm before the incident occurred. Alternatively, even if Ms. Pena was aware of the danger presented by the ice on the sidewalk, (1) it was necessary for Ms. Pena to use the unreasonably dangerous premises to exit the

7



fitness facility to go to her car and (2) Defendants should have anticipated that Ms. Pena was unable to avoid the unreasonable risk.

5.7    Defendants by and through themselves or their employees, agents and/or representatives, either knew or reasonably should have known of the dangerous condition prior to Plaintiff's fall.

5.8    Defendants by and through themselves or their employees, agents and/or representatives, failed to exercise ordinary care to protect Plaintiff from the danger, by both failing to adequately warn her of the condition and by failing to make that condition reasonably safe.

5.9    Defendants' failure to exercise such ordinary care proximately caused Plaintiff's injuries and damages.

5.10    Significantly, the ice that caused Plaintiff to fall was not created by natural causes. Rather, the ice was completely man-made and the result of unnatural conduct—namely, the Defendants' sprinklers spraying onto the subject steps during freezing temperatures.

5.11    Each of the above acts and/or omissions singularly and cumulatively constitutes negligence, and was a proximate cause of the incident in question and the resulting injuries and damages sustained by Plaintiff.

## VI.
## DAMAGES

6.1    As a result of the negligent conduct of Defendants, Ms. Pena incurred expenses for her medical care and attention. These expenses were incurred for necessary care and treatment of the injuries resulting from the above-described fall. The charges are reasonable and were the usual and customary charges made for such service in Williamson County, Texas.

6.2    As a result of the negligent conduct of Defendants, Ms. Pena suffered bodily injuries. The injuries have significant affected Ms. Pena's health and well-being. As a result of the

8



nature and consequences of these injuries, Ms. Pena has suffered and will continue to suffer physical and mental pain and suffering, and mental anguish.

6.3     As a further result of the negligent conduct of Defendants, Ms. Pena has suffered and will continue to suffer physical impairment and physical disfigurement.

6.4     As a further result of the negligent conduct of Defendants, Ms. Pena has suffered loss of earning capacity in the past and will continue to suffer loss of earning capacity in the future.

6.5     Ms. Pena seeks unliquidated damages within the jurisdictional limits of this Court.

6.6     Ultimately, the jury makes the final decision as to the amount of damages it awards Ms. Pena after hearing all of the evidence and deliberating.  However, in compliance with TRCP 47(c), Ms. Pena must set forth the amount she seeks as damages in her claim.  Plaintiff seeks monetary relief over $100,000 but not more than $200,000 due to the nature and severity of her injuries.  By making this statement, Ms. Pena is not attempting to invade the jury's ultimate decision at trial, but only seeks to comply with the rules governing a pleading which sets forth a claim for relief.

## VII.
## DEMAND FOR JURY

7.1     Plaintiff hereby requests a trial by jury and has tendered the necessary fee.

## VIII.
## REQUESTS FOR DISCLOSURE

8.1     Pursuant to Rule 194 of the TRCP, you are requested to disclose, within fifty (50) days of service of this request, the information or material described in TRCP 194.2.  Specifically, under 194.2(a) and (b), please include the following:

9



\-    The identity and last known address and phone number for the individual and/or

company who owned, operated, managed and/or maintained the sprinkler system at the Lifetime

Fitness location where Ms. Pena fell.

## IX.
## WRITTEN DISCOVERY DEFINITIONS AND INSTRUCTIONS

1.    As used herein, the terms "you" and "your" shall refer to **LIFETIME FITNESS, INC., LTF CLUB OPERATIONS MANAGEMENT COMPANY, LLC, LTF CLUB MANAGEMENT COMPANY, AND LTF OPERATIONS HOLDINGS, INC.** their attorneys, agents, and all other natural persons or business or legal entities acting or purporting to act for or on behalf of this Defendant, whether authorized to do so or not.

2.    As used herein, the term "documents" shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: affidavits; agendas; agreements; analyses; announcements; bills, statements, and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks, vouchers, receipts and other records of payments; charts or drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate bylaws; corporate charters; correspondence; credit files and contents; deeds of trust; deposit slips; diaries; drafts; files; guaranty agreements; instructions; invoices; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; letters; logs, notes, or memoranda of telephonic or face-to-face conversations; manuals; memoranda of all kinds, to and from any persons, agencies, or entities; minutes; minute books; notes; notices; parts lists; papers; press releases; printed matter (including books, articles, speeches, and newspaper clippings); purchase orders; records; records of administrative, technical, and financial actions taken or recommended; reports; safety deposit boxes and contents and records of entry; schedules; security agreements; specifications; statements of bank accounts; statements; interviews; stock transfer ledgers; technical and engineering reports, evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; summaries, notes, and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes and other communications sent or received; transcripts of testimony; UCC instruments; work papers; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested.

10



3.    In accordance with Tex. R. Civ. P. Rule 192.7, a document is deemed to be in your possession, custody or control if you either have physical possession of the item or have a right to possession of the item that is equal or superior to the person who has physical control of the item.

4.    "Person": The term "person" shall include individuals, associations, partnerships, corporations, and any other type of entity or institution whether formed for business purposes or any other purposes.

5.    "Identify" or "Identification":

(a)    When used in reference to a person, "identify" or "identification" means to state his or her full name, present or last known residence address, present or last known business address and telephone number.

(b)    When used in reference to a public or private corporation, governmental entity, partnership or association, "identify" or "identification" means to state its full name, present or last known business address or operating address, the name of its Chief Executive Officer and telephone number.

(c)    When used in reference to a document, "identify" or "identification" shall include statement of the following:

(i)     the title, heading, or caption, if any, of such document;

(ii)    the identifying number(s), letter(s), or combination thereof, if any; and the significance or meaning of such number(s), letter(s), or combination thereof, if necessary to an understanding of the document and evaluation of any claim of protection from discovery;

(iii)   the date appearing on such document; if no date appears thereon, the answer shall so state and shall give the date or approximate date on which such document was prepared;

(iv)    the number of pages and the general nature or description of such document (i.e., whether it is a letter, memorandum, minutes of a meeting, etc.), with sufficient particularity so as to enable such document to be precisely identified;

(v)     the name and capacity of the person who signed such document; if it was not signed, the answer shall so state and shall give the name of the person or persons who prepared it;

(vi)    the name and capacity of the person to whom such document was addressed and the name and capacity of such person, other than such addressee, to whom such document, or a copy thereof, was sent; and

(vii)   the physical location of the document and the name of its custodian or custodians.

11



6. "Plaintiff" means Plaintiff **VERONICA PENA** as well as her attorneys, agents and all other natural persons or business or legal entities acting or purporting to act for Plaintiff or on her behalf.

7. "Settlement": as used herein, means:

(a) an oral or written, disclosed or undisclosed agreement, bargain, contract, settlement, partial settlement, limited settlement, arrangement, deal, understanding, loan arrangement, credit arrangement, contingent settlement, limitation on the amount of liability or judgment, or a promise by or between Plaintiff and any Defendants or between any Defendants herein whereby Plaintiff or Defendants have in any way released, compromised, in whole or in part, directly or indirectly, or agreed to do so in the future, any of the matters in controversy in this lawsuit whether before, after or during trial or before or after any jury verdict is returned herein or a judgment is entered or rendered herein.

(b) any resolution of the differences between the Plaintiff and Defendants by loan to the Plaintiff or any other device which is repayable in whole or in part out of any judgment the Plaintiff may recover against Defendants.

(c) The term "settlement" shall also include "Mary Carter Agreements" as that term is used under Texas Law.

8. "The incident" as used herein refers to the dangerous surface incident made the basis of this lawsuit as detailed in Plaintiff's most recent petition at the time these requests were served.

9. "Defendant(s)" refers to the parties named in this lawsuit.

10. "Area involved" refers to the sidewalk area where Ms. Pena fell.

11. "Lifetime Fitness" refers to the location where Ms. Pena fell located at 13725 Ranch Road 620 N. Austin, Texas 78717.

## USE OF DEFINITIONS

The use of any particular gender in the plural or singular number of the words defined under paragraph "1", "Definitions" is intended to include the appropriate gender or number as the text of any particular request for production of documents may require.

## TIME PERIOD

Unless specifically stated in a request for production of documents, all information herein requested is for the entire time period from **January 8, 2017,** through the date of production of responses requested herein.



## X.
## REQUESTS FOR PRODUCTION

**SAFETY DOCUMENTS**

1. Your company's employee manual in effect on January 7, 2017, specifically including standards relating to the operation of the sprinklers.

2. Your company's employee manual in effect on January 7, 2017, specifically including standards relating to installation of the sprinklers.

3. Your company's employee manual in effect on January 7, 2017, specifically including standards relating to maintenance of the sprinklers.

4. Your company's employee manual in effect on January 7, 2017, specifically including standards relating to walkway safety.

5. All policies and procedures relating to the inspection of the sidewalk and sprinkler where Veronica Pena fell on or about January 7, 2017 that were in effect at the time of the incident.

6. All policies and procedures relating to preparing Lifetime Fitness for freezing weather that were in effect at the time of the incident.

7. Any documents, notices, emails, bulletins, or other written communication that was issued to Lifetime Fitness regarding the potential freeze on January 6, 2017 and January 7, 2017.

8. All safety inspection logs to include but not limited to schedules or records of safety inspections, charts or graphs of safety inspections, logs of inspections and/or any charts or graphs of the area involved and the sprinkler equipment at Lifetime Fitness on or about January 7, 2017.

9. All policies and procedures relating to the sprinklers at Lifetime Fitness on or about January 7, 2017 that were in effect at the time of the incident.

10. All policies and procedures relating to warning residents, guests, and the public of hazards in the area where Veronica Pena fell on or about January 7, 2017 that were in effect at the time of the incident.

11. True and correct copies of any manuals, guidelines, or outlines of procedures to be followed by employees of the Lifetime Fitness where Plaintiff fell related to reporting injuries claimed by residents that were in effect at the time of the incident.

12. True and correct copies of documents relating to Defendants' video retention policy in effect on January 7, 2017.

13



13. All documents referencing or relating to safety meetings held at Defendants' facilities including minutes and logs of attendance from January 2014 through the present.

14. Files and records maintained by Defendants in reference to slip, trip, and fall injuries for the five (5) years preceding this incident.

15. Written requirements, policies, and procedures in place for **Defendants** relating to the area involved and sprinkler equipment maintenance and inspections at the time of the incident forming the basis of this lawsuit.

16. Documents, records, notations, or memoranda relating to the repair and maintenance of the area and sprinkler involved in the incident which forms the basis of this suit for the period of two (2) years immediately preceding the incident.

17. Documents showing the individual and/or entity responsible for maintaining the sprinklers at Lifetime Fitness from January 7, 2012 through January 7, 2017.

18. Operator manuals for the sprinkler system in place on January 7, 2017.

19. Diagrams, schematics, or documents showing the location of the sprinkler shut off system on January 7, 2017.

20. Schedules for operating the water sprinklers at Lifetime Fitness on January 7, 2017.

**INVESTIGATIVE DOCUMENTS**

21. Complete and legible photocopies of all statements taken from the Plaintiff.

22. Complete and fully audible duplicate audio tapes, video tapes, and electronic recordings of statements given by or taken from the Plaintiff, Defendants or any witnesses or persons with knowledge of relevant facts, including complete and legible transcripts.

23. Complete and legible photocopies of all statements from witnesses or persons with knowledge of relevant facts of the incident forming the basis of this lawsuit.

24. Photographs, video tapes, movies, and other graphic representations of the scene of the incident, the area involved, and the parties involved.

25. Plats, surveys, diagrams, sketches, maps, and photographs of the scene of the incident and the area involved.

26. Investigative reports relating to the incident in question, including documents, memoranda, photographs, videotapes, movies, statements, reports, drawings, communications, and tangible things attached to such reports, or referred to therein.

14



27. All written reports regarding the incident which forms the basis of this suit, including all e-mails.

28. Documents related to any investigation performed by **Defendants** of the incident on January 7, 2017 involving the Plaintiff, as well as any disciplinary action taken as a result of such investigation.

29. True and correct copies of any documents showing that the claim forming the basis of this lawsuit was reported to Defendants' insurance carrier.

## LITIGATION DOCUMENTS

30. A copy of each primary, umbrella, and excess insurance policy or agreement, including the declarations page, which was in effect at the time of the incident including all non-waiver agreements, reservation of rights letters, or other documents or communications regarding insurance coverage.

31. Documents and records, excluding expert's reports, with regard to the causation of the occurrence made the basis for this suit.

32. Documents and records, excluding expert's reports, with regard to the medical condition of the Plaintiff, excluding any documents and records provided by Plaintiff.

33. Newspaper articles that pertain to or reference the incident.

34. Reports, publications, regulations, or other documents evidencing any safety standards, laws, regulations, ordinances, or industry standards that you contend or will contend at trial were violated by the Plaintiff.

35. Published documents, treatises, periodicals or pamphlets on the subject of medicine, fall reconstruction, and any other area of scientific study that you claim to be a reliable authority which may be used by you at the time of trial.

36. Documents, reports, publications, and regulations evidencing safety standards, laws, regulations, ordinances, or industry standards you now contend or will contend at trial support any defensive theory.

37. Any settlement agreements, wherein you have arrived at a settlement or agreement between you and any other person, whether or not a party to this lawsuit, regarding or pertaining to the incident made the basis of this lawsuit or any damages resulting therefrom.

38. Copies of books, documents or other tangible things that may be used at the time of trial, which may have a bearing on Plaintiff's cause of action.

15



39. Copies of documents relating to any criminal records pertaining to Plaintiff or any witnesses.

40. True and correct copies of all photographs, slides, films, moving pictures, videotapes or other type of photographic representations in your possession, custody or control relevant to any claim or defense in this lawsuit. This Request is meant to include any photos or video depicting the Plaintiff.

41. All agreements between you and any expert you have formally or informally consulted or retained in anticipation of litigation or preparation for trial and whose work product forms the basis, either in whole or in part, of the mental impressions or opinions of any witness who may be called by you as an expert witness at the trial of this case.

42. All documents which refer to, reflect, form the basis of or state the substance of the mental impressions and opinions held by each expert you have formally or informally consulted or retained in anticipation of litigation or preparation for trial and who work product forms the basis, either in whole or in part, of the mental impression or opinion of a witness who may be called by you as an expert witness at the trial of this case.

43. All documents, physical models, samples, and tangible things which have been submitted to, prepared by, reviewed by each expert you have formally or informally consulted or retained in anticipation of litigation or preparation for trial and whose work product forms the basis, either in whole or in part, of the mental impression or opinion of a witness who may be called as an expert witness at the trial of this case.

## RECORDS RELATED TO PLAINTIFF

44. A copy of the medical records, doctor or hospital records, reports, or medical documents of any kind containing information about the Plaintiff and/or concerning the medical or physical condition of the Plaintiff which are in the possession or constructive possession, custody or control of the defendants, Defendants' attorney or anyone acting on Defendants' behalf.

45. A copy of medical records, doctor or hospital records, reports, or medical documents of any kind containing information about the Plaintiff that was obtained by authorization or by Deposition on Written Questions.

46. Medical records or other documents you contend show pre-existing medical condition relevant to Plaintiff's claim.

47. Documents, records, reports, notations, or memoranda regarding the Plaintiff from persons or entities that compile claim information, insurance claims, and worker's compensation claims.

## DOCUMENTS RELATING TO THE DEFENDANTS



48.   Documents evidencing ownership of the area involved in the incident in question.

49.   Documents evidencing the relationship(s) between Defendants on or about January 7, 2017.

50.   Any contracts, lease or rental agreements, involving the area in question that were in effect on the date of the incident.

51.   Any contracts, lease or rental agreements, involving the sprinkler in question that were in effect on the date of the incident.

52.   A copy of the membership agreement between Plaintiff and Defendants in effect on or about January 7, 2017.

53.   The maintenance agreement for the area involved in this incident entered into by **Defendants** at the time of the incident forming the basis of this lawsuit.

54.   True and correct copies of any notes, e-mails, memos, or other written documents containing information about the conversation any of Defendants' employees had with Plaintiff regarding her fall on January 7, 2017.

55.   True and correct copies of documents relating to Defendants' procedures for the preservation of evidence following notice of a claim which were in effect on January 7, 2017.

56.   A true and correct copy of any documents that would indicate which Defendants' employees were on duty or working during the incident in question (including those who may have clocked in or out during the incident in question).

57.   A true and correct copy of any sketches, schematics, drawings, blueprints or other documents which depict the area where Plaintiff fell on January 7, 2017.

58.   Any receipts, invoices, bills, statements, or other financial documents showing maintenance service performed to the sidewalk area and sprinkler equipment at the Lifetime Fitness from January 7, 2015, through January 7, 2017.

59.   Any receipts, invoices, bills, statements, or other financial documents showing maintenance supplies purchased for the sprinkler equipment at the Lifetime Fitness from January 7, 2015, through January 7, 2017.

60.   Documents identifying any complaints, concerns, comments or statements regarding the sidewalk area and sprinkler equipment at the Lifetime Fitness from January 7, 2012, through January 7, 2017.

61.   Documents identifying the sprinkler equipment, schematic, and location of sprinkler equipment that was in place at Lifetime Fitness on or about January 7, 2017.

17



## XI.
## INTERROGATORIES

1. Please identify yourself fully, stating your full name, residence and business addresses, telephone number and occupation, and, if Defendant is a corporation or other legal entity, please state the office you hold with Defendant.

**ANSWER:**

2. Were you in control of the area where the incident made the basis of this suit occurred at the time the incident happened? If not, please state the name and address of the person(s) or entity which was in control of the premises on the date, time, and location of the incident made the basis of this suit.

**ANSWER:**

3. Please state the name and address of the person, firm or corporation which had the responsibility or duty for the maintenance and safety of that portion of the premises where Plaintiff was injured at the time and place of the incident.

**ANSWER:**

4. Please state the name and address of the person, firm or corporation which had the responsibility or duty for the maintenance and safety of that portion of the sprinkler system where Plaintiff was injured at the time and place of the incident.

**ANSWER:**

5. Please describe how the Plaintiff's injury occurred, giving the events in the order in which they occurred, before, at the time of, or after the incident, which had any bearing on the cause and manner of incident made the basis of this suit.

**ANSWER:**

6. Please generally state the acts or omissions, if any, by the Plaintiff which it is contended caused or contributed to cause the incident.

18



**ANSWER:**

7. If it is your contention that the Plaintiff's injuries sustained in the incident were caused by some person or persons other than yourself, any agent or employee of the Defendant, or any other person over whom the Defendant had control, then please identify the other person fully, giving name, address and employer's name.

**ANSWER:**

8. If you have had any other incidents in the two years prior to the incident made the basis of this lawsuit which are substantially similar and occurred at the same or similar location where the incident made the basis of this suit occurred, please provide details of those incidents, identify any documents and photographs which reflect such incidents, and identify witnesses and parties to these other incidents.

**ANSWER:**

9. Please describe your procedure, if any, to investigate incidents where a guest suggests or claims that he or she has suffered an incident or injury on your premises and identify how that procedure was employed, if it was, as it relates to the incident made the basis of this lawsuit.

**ANSWER:**

10. Did you exercise any control over or have an ownership interest in the area where the incident took place on or about January 7, 2017? If your answer is anything other than an unqualified "Yes", then please explain the factual basis for your answer.

**ANSWER:**

11. Please state what your policies and procedures, if any, are for your agents, employees or representatives relating to providing safe walking surfaces at the Lifetime Fitness where the incident took place.

**ANSWER:**

19



**12.** Please describe the content and substance of any conversations with or statements acquired from Plaintiff or any of Plaintiff's representatives following the incident made the basis of this lawsuit.

**ANSWER:**

**13.** Please state what your policies and procedures, if any, are for your agents, employees or representatives relating to warning residents or guests of hazards or other dangers at the Lifetime Fitness where this incident occurred on or about January 7, 2017.

**ANSWER:**

**14.** Please state what your policies and procedures, if any, are for your agents, employees or representatives relating to inspecting the sprinkler equipment at the Lifetime Fitness where this incident occurred on or about January 7, 2017.

**ANSWER:**

**15.** Please state when you were in anticipation of litigation for this matter.

**ANSWER:**

**16.** Please fully identify the following persons:

    a.  Employees, contractors, companies, individuals, or other professionals responsible for the sprinkler equipment at the Lifetime Fitness on January 7, 2017;

    b.  Employees, contractors, companies, individuals, or other professionals that performed inspections of the sprinkler equipment at the Lifetime Fitness from January 7, 2012 through January 7, 2017;

    c.  Employees, contractors, companies, individuals, or other professionals that performed maintenance of the sprinkler equipment at the Lifetime Fitness from January 7, 2012 through January 7, 2017;

20



d.  Employees, contractors, companies, individuals or other professionals that performed repairs to the sprinkler equipment at the Lifetime Fitness from January 7, 2012 through January 7, 2017.

## XII.
## NOTICE PURSUANT TO RULE 193.7

12.1    Plaintiff hereby gives actual notice to Defendants and all other parties that any and all documents produced during discovery may be used against Defendants and all other parties at any pre-trial proceeding and/or trial without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## XIII.
## REQUEST FOR RELIEF

13.1    WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and, upon final trial, Plaintiff have Judgment against Defendants, as requested above, and as follows:

A.    Judgment against Defendants, jointly and severally, for all damages alleged in this petition, including exemplary damages;

B.    To the extent allowable by law, interest before and after judgment at the highest rate provided by law, until paid;

C.    Costs of suit;

D.    Any and all other relief, both at law and in equity, which the jury deems to be fair and reasonable, and to which Plaintiff may show herself to be justly entitled.

Respectfully submitted,

ROSS LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

*/s/ Megan Evans*
Daniel B. Ross

21



State Bar No.00789810
dan@rosslawgroup.com

Megan Evans
State Bar No. 24090092
mevans@rosslawgroup.com

ATTORNEYS FOR PLAINTIFF

22



STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE _October 23rd_ AD, 20_18_

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY
BY _Rebecca Edgar_ DEPUTY

18-1088-C425

Filed: 9/4/2018 9:40 AM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez



THE ALLAN HOUSE
1104 SAN ANTONIO STREET
AUSTIN, TEXAS 78701

(512) 474-7677 | PHONE
(512) 474-5306 | FACSIMILE

**ROSS LAW GROUP**

A PROFESSIONAL CORPORATION

**MEGAN EVANS**
ATTORNEY AT LAW

mevans@RossLawGroup.com

September 4, 2018

**Via E-File**
425th Judicial District Court
Attn: Ms. Lisa David, District Clerk
405 M.L.K. Street
Georgetown, TX 78626

Re: *Cause No: 18-1088-C425; Veronica Pena v. Life Time Fitness, Inc., et al in the 425th Judicial District Court of Williamson County, Texas*

Dear Ms. David,

Please issue four citations to Life Time Fitness, Inc., LTF Club Operations Company, Inc., LTF Club Management Company, LLC, and LTF Operations Holdings, Inc., at your earliest convenience. Payment for the four citations has been issued. A self-addressed stamped envelope will be mailed to your office in order for the citations to be mailed to the undersigned.

Thank you for your attention in this matter. If you have any questions or concerns, please call me.

Sincerely,

*/s/ Blanca Montoya*

Blanca Montoya
Legal Assistant to Mrs. Evans

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE October 23rd AD, 2018

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY
BY Rebecca Edgar DEPUTY



DEFENDANT'S
EXHIBIT

ALL-STATE LEGAL

C



## CITATION

### THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO.  18-1088-C425

**VERONICA PENA VS. LIFE TIME FITNESS, INC,LTF CLUB OPERATIONS COMPANY INC,LTF CLUB MANAGEMENT COMPANY LLC,LTF OPERATIONS HOLDINGS, INC**

TO:      **LTF Club Operations Company, Inc.**
             **Through its Registered Agent, Cogency Global Inc**
             **1601 Elm Street, Ste. 4360**
             **Dallas, TX  75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES in the above styled and numbered cause, which was filed on the 31st day of August, 2018 in the 425th Judicial District Court of Williamson County, Texas.  This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 5th day of September, 2018.

ADDRESS OF LEAD ATTORNEY FOR PLAINTIFF:
Megan Evans
1104 San Antonio St
Austin TX  78701

LISA DAVID, DISTRICT CLERK
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _____
Angela Clark. Deputy

### RETURN OF SERVICE

Came to hand on the _____ day of _____ ,20___ at _____ o'clock __M. and executed at _____, within the County of _____, at _____ o'clock __M. on the _____ day of _____, 20____, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES attached thereto, having first endorsed on such copy of citation the date of delivery.

\* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____; for the following reason _____
the defendant may be found at _____
*\*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS

_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____, my date of birth is _____, and my address is
      Please print     (First, Middle, Last)
                                               (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20____.

_____
    Declarant/Authorized Process Server
ID # & expiration of certification

**ORIGINAL**

# CITATION

## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
## NO. 18-1088-C425

**VERONICA PENA VS. LIFE TIME FITNESS, INC,LTF CLUB OPERATIONS COMPANY INC,LTF CLUB MANAGEMENT COMPANY LLC,LTF OPERATIONS HOLDINGS, INC**

**TO:     LTF Club Management Company, LLC**
**Through its Registered Agent, Cogency Global Inc**
**1601 Elm Street, Ste. 4360**
**Dallas, TX 75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES in the above styled and numbered cause, which was filed on the 31st day of August, 2018 in the 425th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 5th day of September, 2018.

ADDRESS OF LEAD ATTORNEY FOR PLAINTIFF:
Megan Evans
1104 San Antonio St
Austin TX 78701

LISA DAVID, DISTRICT CLERK
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _____
Angela Clark  Deputy

## RETURN OF SERVICE

Came to hand on the _____ day of _____,20___,at _____ o'clock __M. and executed at _____, within the County of _____, at _____ o'clock __M. on the _____ day of _____, 20____, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES attached thereto, having first endorsed on such copy of citation the date of delivery.
* ***NOT EXECUTED***, the diligence used to execute being *(show manner of delivery)* _____
_____; for the following reason _____.
the defendant may be found at _____.
*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____, my date of birth is _____, and my address is
    Please print.    (First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20_____.

_____ _____
    Declarant/Authorized Process Server              ID # & expiration of certification


ORIGINAL

## CITATION

### THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 18-1088-C425

VERONICA PENA VS. LIFE TIME FITNESS, INC,LTF CLUB OPERATIONS COMPANY INC,LTF CLUB MANAGEMENT COMPANY LLC,LTF OPERATIONS HOLDINGS, INC

**TO:** **LTF Operations Holdings, Inc**
**Through its Registered Agent, National Registered Agents Inc**
**1999 Bryan Street, Ste. 900**
**Dallas, TX 75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES in the above styled and numbered cause, which was filed on the 31st day of August, 2018 in the 425th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 5th day of September, 2018.

ADDRESS OF LEAD ATTORNEY FOR PLAINTIFF:
Megan Evans
1104 San Antonio St
Austin TX 78701

LISA DAVID, DISTRICT CLERK
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _____
Angela Clark, Deputy

### RETURN OF SERVICE

Came to hand on the _____ day of _____,20___,at _____ o'clock __M. and executed at _____, within the County of _____, at _____ o'clock __M. on the _____day of _____, 20____, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES attached thereto, having first endorsed on such copy of citation the date of delivery.

* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____; for the following reason _____
the defendant may be found at _____.
*Strike if not applicable*

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

FEE FOR SERVICE OF CITATION : $ _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____, my date of birth is _____, and my address is
　　　　Please print.　　(First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____ day of _____, 20_____.

_____ Declarant/Authorized Process Server _____　　　　ID # & expiration of certification


ORIGINAL

## CITATION
### THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 18-1088-C425

**VERONICA PENA VS. LIFE TIME FITNESS, INC,LTF CLUB OPERATIONS COMPANY INC,LTF CLUB MANAGEMENT COMPANY LLC,LTF OPERATIONS HOLDINGS, INC**

**TO:**  **Life Time Fitness, Inc**
**Through its Registered Agent, National Registered Agents, Inc**
**1999 Bryan Street, Ste. 900**
**Dallas, TX 75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES in the above styled and numbered cause, which was filed on the 31st day of August, 2018 in the 425th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 5th day of September, 2018.

ADDRESS OF LEAD ATTORNEY FOR PLAINTIFF:
Megan Evans
1104 San Antonio St
Austin TX 78701

LISA DAVID, DISTRICT CLERK
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _Angela Clark_
Angela Clark, Deputy

### RETURN OF SERVICE

Came to hand on the _____ day of _____, 20___, at _____ o'clock __ M. and executed at _____, within the County of _____, at _____ o'clock __ M. on the _____ day of _____, 20____, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES attached thereto, having first endorsed on such copy of citation the date of delivery.

* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____; for the following reason _____

the defendant may be found at _____
*Strike if not applicable.*

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY_____ COUNTY, TEXAS

_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*

My name is _____, my date of birth is _____, and my address is
　　　　Please print.　　　(First, Middle, Last)

_____ (Street, City, Zip).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20_____.

_____
Declarant/Authorized Process Server                  ID # & expiration of certification

**ORIGINAL**

## 425th District Court of Williamson Co., Texas
405 MLK ST GEORGETOWN TX 78626

## CASE #: 18-1088-C425

Filed: 9/27/2018 5:55 PM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

**VERONICA PENA**

*Plaintiff*
**vs**
**LIFE TIME FITNESS, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, AND LTF OPERATIONS HOLDINGS, INC.**

*Defendant*

## AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 09/27/18 8:14 am, instructing for same to be delivered upon LTF Club Operations Company, Inc By Delivering To Registered Agent, Cogency Global, Inc.

That I delivered to    : LTF Club Operations Company, Inc By Delivering To Registered Agent, Cogency Global, Inc. By Delivering to Lakesha Johnson, Client Service Speci

the following        : CITATION; PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES

at this address      : 1601 Elm Street, Ste 4360
                       Dallas, Dallas County, TX 75201

Manner of Delivery   : By PERSONALLY delivering the document(s) to the person above.

Delivered on         : Thursday September 27, 2018 10:30 am

My name is TRACY JONES, my date of birth is July 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _27th_ day of
_Sept_, 20_18_.

TRACY JONES    Declarant
2707

Texas Certification#: PSC-14958 Exp. 05/31/2020

PCP Inv#: D18900403
SO  Inv#: A18904448
Reference : 59834

+ Service Fee:  75.00
  Witness Fee:   .00
  Mileage Fee:   .00

AX02A18904448
braddock
eaffidavits@pcpusa.net

Ross Law Group



Filed: 9/27/2018 5:55 PM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

# 425th District Court of Williamson Co., Texas
405 MLK ST GEORGETOWN TX 78626

## CASE #: 18-1088-C425

**VERONICA PENA**

*Plaintiff*

**VS**

**LIFE TIME FITNESS, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, AND LTF OPERATIONS HOLDINGS, INC.**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/27/18 8:14 am, instructing for same to be delivered upon LTF Club Management Company, Llc By Delivering To Registered Agent, Cogency Global Inc.

That I delivered to    : LTF Club Management Company, Llc By Delivering To Registered Agent, Cogency Global Inc. By Delivering to Lakesha Johnson, Client Service Speci

the following         : CITATION; PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES

at this address       : 1601 Elm Street, Ste. 4360
                        Dallas, Dallas County, TX 75201

Manner of Delivery    : By PERSONALLY delivering the document(s) to the person above.

Delivered on          : Thursday September 27, 2018 10:30 am

My name is TRACY JONES, my date of birth is July 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Dallas  County, State of Texas, on the  27th  day of
Sept , 20 18 .

_____
TRACY JONES                                    Declarant
2707

Texas Certification#: PSC-14958 Exp. 05/31/2020

PCP Inv#: D18900401
SO  Inv#: A18904445
Reference : 59834

+ Service Fee:    75.00
Witness Fee:      .00
Mileage Fee:      .00

AX02A18904445
braddock
eaffidavits@pcpusa.net

Ross Law Group
RETURN TO CLIENT

DEFENDANT'S
EXHIBIT
E

Filed: 10/1/2018 9:04 AM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

# 425th District Court of Williamson Co., Texas
405 MLK ST GEORGETOWN TX 78626

## CASE #: 18-1088-C425

**VERONICA PENA**

*Plaintiff*

**vs**

**LIFE TIME FITNESS, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, AND LTF OPERATIONS HOLDINGS, INC.**

*Defendant*

## AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/27/18 3:22 pm, instructing for same to be delivered upon LTF Operations Holdings, Inc By Delivering To Registered Agent, National Registered Agents, Inc.

That I delivered to : LTF Operations Holdings, Inc By Delivering To Registered Agent, National Registered Agents, Inc. By Delivering to 6236 N Macarthur Blvd, Intake Spec.

the following : CITATION; PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES

at this address : 1999 Bryan St, Ste 900
Dallas, Dallas County, TX 75201

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on : Friday September 28, 2018 1:45 pm

My name is TRACY JONES, my date of birth is July 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 28th day of Sept, 2018.

TRACY JONES                                    Declarant
2707

Texas Certification#: PSC-14958 Exp. 05/31/2020

PCP Inv#: D18900402
SO  Inv#: A18904447
Reference : 59834

+ Service Fee: 75.00
Witness Fee:  .00
Mileage Fee:  .00

AX02A18904447
braddock
eaffidavits@pcpusa.net



DEFENDANT'S EXHIBIT
F

RETURN TO CLIENT

# 425th District Court of Williamson Co., Texas
405 MLK ST GEORGETOWN TX 78626

## CASE #: 18-1088-C425

Filed: 10/1/2018 9:04 AM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

**VERONICA PENA**

*Plaintiff*
**VS**
**LIFE TIME FITNESS, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT
COMPANY, LLC, AND LTF OPERATIONS HOLDINGS, INC.**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents stated
below on 09/27/18 3:22 pm, instructing for same to be delivered upon Lifetime Fitness, Inc
By Delivering To Registered Agent, National Regsitered Agent, Inc.

That I delivered to        : Lifetime Fitness, Inc By Delivering To Registered Agent,
                             National Regsitered Agent, Inc. By Delivering to Antoinette
                             Williams, Intake Specialist

the following              : CITATION; PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR
                             DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES

at this address            : 1999 Bryan St., Ste 900
                             Dallas, Dallas County, TX 75201

Manner of Delivery         : By PERSONALLY delivering the document(s) to the person
                             above.

Delivered on               : Friday September 28, 2018 2:01 pm


My name is TRACY JONES, my date of birth is July 15th, 1969, and my address is
Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX
75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in **Dallas** County, State of Texas, on the **28th** day of
**Sept**, 20**18**.

TRACY JONES                                      Declarant
2707

Texas Certification#: PSC-14958 Exp. 05/31/2020

PCP Inv#: D18900404
SO  Inv#: A18904449
Reference : 59834

+ Service Fee:  75.00
  Witness Fee:   .00
  Mileage Fee:   .00

AX02A18904449
braddock
eaffidavits@pcpusa.net

DEFENDANT'S
EXHIBIT
G

RETURN TO CLIENT

Filed: 10/23/2018 10:59 AM
Lisa David, District Clerk
Williamson County, Texas
Tammy Clinton

**CAUSE NO. 18-1088-C425**

| | | |
|---|---|---|
| **VERONICA PENA,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **LIFE TIME FITNESS, INC., LTF** | § | **WILLIAMSON COUNTY, TEXAS** |
| **CLUB OPERATIONS COMPANY,** | § | |
| **INC., LFT CLUB MANAGEMENT** | § | |
| **COMPANY, LLC, AND LTF** | § | |
| **OPERATIONS HOLDINGS, INC.,** | § | |
| **Defendants** | § | **425TH JUDICIAL DISTRICT COURT** |

## DEFENDANTS LIFE TIME, INC. (F/K/A/ LIFE TIME FITNESS, INC.), LTF CLUB OPERATIONS COMPANY, INC., LFT CLUB MANAGEMENT COMPANY, LLC, LTF OPERATIONS HOLDINGS, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, **Lifetime, Inc. (F/K/A Life Time Fitness, Inc.), LTF Club Operations Company, Inc., LFT Club Management Company, LLC, LTF Operations Holdings, Inc.,** for answer to Plaintiff's Original Petition would respectfully show the Court the following:

### I.

### GENERAL DENIAL

1. As provided by Rule 92 of the Texas Rules of Civil Procedure, Defendants enter a general denial of the matters pleaded by Plaintiff's Petition and asks that these matters be properly decided by this Honorable Court and Jury.

### II.

### AFFIRMATIVE DEFENSES

2. Answering specifically, Defendants would show the Court and Jury that the accident was caused by Plaintiff's failure to exercise that degree of care which persons of ordinary prudence under the same or similar circumstances would have exercised and, as such, said failure was the sole cause and/or proximate cause of the accident that is the basis of this suit.

3. Defendants request that the Court submit questions and ask the Jury to assess the proportionate responsibility of Plaintiff pursuant to Texas Civil Practice & Remedies Code 33.001 *et. seq.*

609042.1 PLD 0018100 20470 MRC

DEFENDANT'S
EXHIBIT

nvelope# 28456793

4.    Pleading further, or in the alternative, the accident at issue in this case is the result of an unavoidable accident.

5.    Pleading further, or in the alternative, the accident in question was caused by the acts or omissions of parties or instrumentalities over which Defendants had no control.

6.    Pleading further, or in the alternative, this accident is the result of independent or intervening causation, breaking the connection between any action of Defendants and the accident made the basis of this suit.

7.    Defendants further invoke §18.091 of the Texas Civil Practice & Remedies Code and request that to the extent Plaintiff seeks recovery for lost wages, or loss of earning capacity, that the evidence to prove such loss must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to the Texas Civil Practice & Remedies Code and other applicable statutes and/or case law.

8.    Pleading further, Defendants invoke the statutory defense set forth in §41.0105 of the Texas Civil Practice & Remedies Code and request that to the extent Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid by or on behalf of the Plaintiff, as opposed to the amount charged.

9.    Pleading further, to the extent that Plaintiff had or has coverage under a health insurance policy, hospitalization insurance policy, accident insurance policy, a "health benefit plan" as defined by §146.001(1) of the Texas Civil Practice & Remedies Code, and/or any other insurance and/or indemnity coverage that would be applicable to, or provide coverage for, any of the medical and and/or healthcare expenses allegedly incurred by Plaintiff in connection with the incident in question and/or the injuries allegedly resulting therefrom, the Defendant would show that Plaintiff failed to mitigate her alleged damages by failing to submit such healthcare expenses to their insurance carrier and/or other health benefit plan and/or by failing to timely inform the health care service provider of the existence of such insurance coverage and/or health benefit plan and requesting that the health care service provider submit a claim for reimbursement to the Plaintiff's insurer(s) and/or health benefit

609042.1 PLD 0018100 20470 MRC



plan. Furthermore, to the extent that Plaintiff's health care service provider(s) failed and/or refused to timely and directly bill the insurer and/or health benefit plan for health care services provided when required or authorized to do so, then claims by such health care service provider(s) are barred, in whole or in part, and do not constitute medical expenses actually paid or incurred by or on behalf of the Plaintiff. See, §146.001, et. seq. of the Texas Civil Practice & Remedies Code ("Certain Claims by Health Care Service Providers Barred").

10.    Pursuant to §304.1045 of the Texas Finance Code, pre-judgment interest is not available to Plaintiff on future damages, if any.

11.    Pleading additionally, or in the alternative, Defendants contend the Plaintiff failed to mitigate her damages. Plaintiff's damages were caused or exacerbated due to their failure to mitigate.

### III.

14.    By way of further Answer, Defendant hereby gives actual notice to Plaintiff that any and all documents produced during discovery may be used against the Plaintiff, at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants, **Lifetime, Inc. (F/K/A Life Time Fitness, Inc.), LTF Club Operations Company, Inc., LFT Club Management Company, LLC, LTF Operations Holdings, Inc.,** pray that Plaintiff take nothing by this suit against Defendants, and for such other and further relief, both general and special, at law and in equity, to which Defendants may be justly entitled.

Respectfully submitted,

**LORANCE THOMPSON,**
**A PROFESSIONAL CORPORATION**

*Melanie R. Cheairs*

Melanie R. Cheairs
SBN: 17763900
Scott B. Novak
SBN: 24051124



2900 North Loop West, Ste. 500
Houston, Texas 77092
713/868-5560
13/ 864-4671 (fax)
mrc@lorancethompson.com
sbn@lorancethompson.com
**ATTORNEYS FOR DEFENDANTS,**
**LIFE TIME FITNESS, INC.**
**LTF CLUB OPERATIONS COMPANY, INC.**
**LFT CLUB MANAGEMENT COMPANY, LLC**
**LTF OPERATIONS HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2018 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Daniel B Ross
Megan Evans
ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
dan@rosslawgroup.com
mevans@rosslawgroup.com

_Melanie R Cheairs_

Melanie R. Cheairs

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE October 23rd AD, 20 18

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY
BY Rebecca Edgar DEPUTY

609042.1 PLD 0018100 20470 MRC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **VERONICA PENA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:18-cv-00916** |
| | § | |
| **LIFE TIME FITNESS, INC., LTF** | § | |
| **CLUB OPERATIONS COMPANY,** | § | |
| **INC., LTF CLUB MANAGEMENT** | § | |
| **COMPANY, LLC, AND LTF** | § | |
| **OPERATIONS HOLDINGS, INC.,** | § | |
| | § | |
| **Defendants** | § | **JURY REQUESTED** |

## LIST OF COUNSEL OF RECORD

**Attorney for Plaintiff:**

Daniel B Ross
SBN: 00789810
Megan Evans
SBN: 24090092
ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
512/474-7677
dan@rosslawgroup.com
mevans@rosslawgroup.com

**Attorney for Defendant:**

Melanie R. Cheairs
FBN:  3434
SBN: 17763900
Scott B. Novak
FBN:  777383
SBN:  24051124
LORANCE THOMPSON,
A PROFESSIONAL CORPORATION
2900 North Loop West, Ste. 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
mrc@lorancethompson.com
sbn@lorancethompson.com

610271.1 PLD 0018100 20470 MRC

Respectfully submitted,

**LORANCE THOMPSON,**
**A PROFESSIONAL CORPORATION**

_Melanie R. Cheairs_

Melanie R. Cheairs
Federal Bar No. 3434
SBN: 17763900
Scott B. Novak
Federal Bar No. 777383
SBN:  24051124
2900 North Loop West, Ste. 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
mrc@lorancethompson.com
sbn@lorancethompson.com
**ATTORNEYS FOR DEFENDANTS,**
**LIFE TIME, INC., LTF CLUB OPERATIONS**
**COMPANY, INC., LTF CLUB MANAGEMENT**
**COMPANY, LLC, AND LTF OPERATIONS**
**HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2018 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Daniel B Ross
Megan Evans
ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
dan@rosslawgroup.com
mevans@rosslawgroup.com

_Melanie R. Cheairs_

Melanie R. Cheairs

610271.1 PLD 0018100 20470 MRC