FILED

2020 SEP 24 AM 11: 59

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
                          DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| VERONICA PENA, | § | |
| | § | C.A. NO. 1-18-CV-00916-BY |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BRIGHTVIEW LANDSCAPES, LLC | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered the Agreed Motion for Dismissal with Prejudice filed by Plaintiff Veronica Pena ("Plaintiff") and Defendant BrightView Landscapes, LLC's ("Defendant"), is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Signed this the 24th day of September, 2020.

_____
JUDGE PRESIDING

**AGREED:**

*/s/ Megan Evans*
Megan Evans
State Bar No. 24090092
Daniel Ross
State Bar No. 17763900
ROSS · SCALISE LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
mevans@rosslawgroup.com
dan@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

AND

Cynthia Pertile Tarle
State Bar No. 24060908
Mark Symms
State Bar No. 24058146
CPTarle@TarleLaw.com
MSymms@TarleLaw.com
**TARLE LAW, P.C.**
4301 Westbank Drive
Building B, Suite 140
Austin, Texas 78746
Telephone: (512) 879-3677
Facsimile: (512) 306-1913

**ATTORNEYS FOR DEFENDANT,
BRIGHTVIEW LANDSCAPES, LLC**