IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 SEP 24   PM 12: 00

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | | |
|---|---|---|
| VERONICA PENA, | § | |
| PLAINTIFF, | § | |
| V. | § | |
| | § | CAUSE NO. 1:18-CV-916-LY |
| BRIGHTVIEW LANDSCAPES, LLC, | § | |
| DEFENDANT. | § | |

## <u>FINAL JUDGMENT</u>

Before the court is the above-styled and numbered cause. On this date, the court granted

the parties' Agreed Motion for Dismissal With Prejudice filed September 23, 2020 (Doc. #67).

As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal

Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of September, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE